# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRELL CHOATES,** : | |
| Plaintiff : | CIVIL ACTION |
| : | |
| v. : | |
| : | No. 15-3755 |
| **AKER PHILADELPHIA SHIPYARD, et al.,** : | |
| Defendants : | |

## ORDER

**AND NOW,** this 31st day of January, 2018, upon consideration of Defendants' motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 (Doc. No. 37), Plaintiff's response, and Defendants' reply, and for the reasons set forth in the Court' accompanying Memorandum Opinion, it is hereby **ORDERED** that:

The Motion for Summary Judgment of Defendants Aker Philadelphia Shipyard, now known as Philly Shipyard, Inc. (together, "Shipyard") and Patrick Miller (Doc. No. 37) is **GRANTED**, and **JUDGMENT** is entered in favor of Defendants Shipyard and Miller, and against Plaintiff Darrell Choates, on all claims contained in the Complaint.

The Clerk of Court is directed to mark this case closed.

BY THE COURT

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**